✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | **(For a Petty Offense)** — Short Form |
| DORSEY, DARIAN L | CM/ECF Case No. 4:26-PO-00208-AGH |
| | Case No.    GM1        E2278961 |
| | USM No. |

_____
Defendant's Attorney

**THE DEFENDANT:** DORSEY, DARIAN L

☐  **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| | | | |

☑  Count(s)  1 _____    ☑ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court .

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $0.00 | $  0.00 | $ | $  0.00 |

Last Four Digits of Defendant's  Soc. Sec. No.:  7691

Defendant's Year of Birth:  2000

City and State of Defendant's Residence:
COLUMBUS, GA

06/24/2026
_____
Date of Imposition of Judgment

*Amelia G. Helmick*
_____
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
_____
Name and Title of Judge

06/24/2026
_____
Date